## Checco Estate.

Argued March 20, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Edward F. Urbanik,* with him *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellant.

*Milton I. Watzman,* with him *Watzman and Watzman,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Decree affirmed. Appellant to pay costs.

## Joyner *v.* Philadelphia Transportation Company, Appellant.

Argued November 19, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry A. Takiff,* with him *James Conwell Welsh,* for appellant.

*Benjamin Kuby,* with him *Paul N. Minkoff, William D. Harris,* and *Klovsky, Kuby and Harris,* for appellee.

OPINION PER CURIAM, April 23, 1969:
Judgment affirmed.
Mr. Justice COHEN would grant a new trial.

Commonwealth *v.* Pent.

Submitted March 17, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.